# EXHIBIT 2



# MIAMI-DADE COUNTY CLERK OF THE COURTS
## HARVEY RUVIN

Contact Us    My Account    

# CIVIL, FAMILY AND PROBATE COURTS ONLINE SYSTEM

◀◀ BACK

**COOPERATIEVE RABOBANK U.A,. NEW YORK BRANCH ET AL VS EISNERAMPER LLP**

| | | | |
|---|---|---|---|
| **Local Case Number:** | 2020-007685-CA-01 | **Filing Date:** | 04/03/2020 |
| **State Case Number:** | 132020CA007685000001 | **Judicial Section:** | CA44 |
| **Consolidated Case No.:** | N/A | **Case Type:** | Business Torts |
| **Case Status:** | OPEN | | |

### 👥 Parties — Total Of Parties: 10

### ⚖ Hearing Details — Total Of Hearings: 1

### 🔊 Dockets — Total Of Dockets: 17

| | Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|---|
| | | 06/03/2020 | | Special Sets | Hearing | CMC |
| ○ | 15 | 05/12/2020 | | Order: | Event | **NOTICE AND ORDER OF ADHERENCE TO COMPLEX BUSINESS LITIGATION SECTION PROCEDURES AND NOTICE OF HEARING AND ORDER ON CASE MANAGEMENT CONFERENCE** |
| 📄 | 14 | 05/08/2020 | | Notice of Hearing- | Event | **JUNE 3, 2020 @ 10:30 AM/ ROOM DCC 1307** |
| | 12 | 05/06/2020 | | Receipt: | Event | **RECEIPT#:2350065 AMT PAID:$100.00 NAME:FEDER, SCOTT JAY 4649 PONCE DE LEON BLVD CORAL GABLES FL 33146-2114 COMMENT: ALLOCATION CODE QUANTITY UNIT AMOUNT 3176-NON-FLA ATTORNEY F 1 $100.00 $100.00 TENDER TYPE:E-FILING ACH TENDER AMT:$** |
| 📄 | 13 | 05/05/2020 | | Order: | Event | **ON MOTION FOR ADMISSION TO APPEAR PRO HAC VICE IS GRANTED.** |
| 📄 | 11 | 05/04/2020 | | Motion for Pro Hac Vice | Event | |
| 📄 | 10 | 04/29/2020 | | Email Notice: | Event | **EMAIL ADDRESS:** |
| 📄 | 9 | 04/27/2020 | | Order: | Event | **NOTICE AND ORDER OF ADHERENCE TO COMPLEX BUSINESS LITIGATION SECTION PROCEDURES** |
| 📄 | 8 | 04/27/2020 | | Order: | Event | **MANDATORY ORDER TO CONFER AND CERTIFICATION REQUIREMENT** |
| 📄 | 7 | 04/27/2020 | | Order: | Event | **ON MOTIONS AND MEMO REQUIREMENTS** |

| | Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|---|
| | | 04/14/2020 | | 20 Day Summons Issued | Service | |
| 📄 | 6 | 04/14/2020 | | ESummons 20 Day Issued | Event | Parties: EISNERAMPER LLP |
| | 5 | 04/09/2020 | | Receipt: | Event | RECEIPT#:2340165 AMT PAID:$10.00 NAME:FEDER, SCOTT JAY 4649 PONCE DE LEON BLVD CORAL GABLES FL 33146-2114 COMMENT: ALLOCATION CODE QUANTITY UNIT AMOUNT 3139-SUMMONS ISSUE FEE 1 $10.00 $10.00 TENDER TYPE:E-FILING ACH TENDER AMT:$10 |
| 📄 | 4 | 04/07/2020 | | (M) 20 Day (P) Summons (Sub) Received | Event | |
| | 3 | 04/04/2020 | | Receipt: | Event | RECEIPT#:2370066 AMT PAID:$411.00 NAME:FEDER, SCOTT JAY 4649 PONCE DE LEON BLVD CORAL GABLES FL 33146-2114 COMMENT: ALLOCATION CODE QUANTITY UNIT AMOUNT 3100-CIRCUIT FILING FEE 1 $401.00 $401.00 3102-MULTIPLE DEFENDANT 1 $10.00 $10. |
| 📄 | 2 | 04/03/2020 | | Complaint | Event | |
| 📄 | 1 | 04/03/2020 | | Civil Cover Sheet - Claim Amount | Event | |

◀◀ BACK

**Please be advised:**

The Clerk's Office makes every effort to ensure the accuracy of the following information; however it makes no warranties or representations whatsoever regarding the completeness, accuracy, or timeliness of such information and data. Information on this website has been posted with the intent that it be readily available for personal and public non-commercial (educational) use and to provide the public with direct online access to information in the Miami-Dade Clerk's Office information systems. Other than making limited copies of this website's content, you may not reproduce, retransmit, redistribute, upload or post any part of this website, including the contents thereof, in any form or by any means, or store it in any information storage and retrieval system, without prior written permission from the Miami-Dade Clerk's Office.

If you are interested in obtaining permission to reproduce, retransmit or store any part of this website beyond that which you may use for personal use, as defined above, visit our [Web API Services](#). You can review the complete [Miami-Dade County Disclaimer](#).

## General

Online Case Home

Civil / Family Courts Information

Login

## Help and Support

Clerk's Home

Privacy Statement

ADA Notice

Disclaimer

Contact Us

About Us

HAVE FEEDBACK?

https://www2.miami-dadeclerk.com/ocs/Search.aspx?AspxAutoDetectCookieSupport=1     2/3



# HARVEY RUVIN

Miami-Dade County
Clerk of the Courts

73 W. Flagler Street
Miami, Florida 33130

305-275-1155

©2020 Clerk of the Courts. All rights reserved.



HAVE FEEDBACK?