# EXHIBIT 3

■ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.
☐ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.

| DIVISION<br>■ CIVIL ☐ OTHER<br>☐ DISTRICTS | SUMMONS 20 DAY CORPORATE SERVICE<br>(a) GENERAL FORMS | CASE NUMBER<br>**2020-007685-CA-01** |
|---|---|---|
| **PLAINTIFF(S)** | **VS. DEFENDANT(S)** | **SERVICE** |
| **Coöperatieve Rabobank U.A., New York Branch, Brown Brothers Harriman & Co., et al.,** | | |

**THE STATE OF FLORIDA:**  CLOCK IN

To Each Sheriff of the State:

**YOU ARE COMMANDED** to serve this summons and copy of the complaint or petition in this action on defendant(s): **EISNERAMPER LLP c/o Registered Agent, Corporate Service Company, 1201 Hays Street, Tallahassee, FL 32301.**

Each defendant is required to serve written defense to the complaint or petition on

Plaintiff's Attorney: **Scott Jay Feder, Esq.**
                     **Scott Jay Feder, P.A.**

whose address is: **4649 Ponce de Leon Blvd, Suite 402, Coral Gables, FL 33146**

within 20 days " **Except when suit is brought pursuant to s. 768.28, Florida Statutes, if the State of Florida, one of its agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to respond shall be 40 days. When suit is brought pursuant to. 768.28, Florida Statutes, the time to respond shall be 30 days."** after service of this summons on that defendant , exclusive of the day of service, and to file the original of the defenses with the Clerk of this Clerk Court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

DATE

**HARVEY RUVIN**

**CLERK of COURTS**          DEPUTY CLERK


**AMERICANS WITH DISABILITIES ACT OF 1990**
**ADA NOTICE**

"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2702, Miami, FL 33128, Telephone (305) 349-7175; TDD (305) 349-7174, Fax (305) 349-7355 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."

CLK/CT. 314 Rev. 02/16                                              Clerk's web address: www.miami-dadeclerk.com