# EXHIBIT 5

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO: 2020-007685-CA-01
SECTION: CA44
JUDGE: William Thomas

**COOPERATIEVE RABOBANK U.A,. NEW YORK BRANCH et al**

Plaintiff(s)

vs.

**EISNERAMPER LLP**

Defendant(s)

_____/

### ORDER ON MOTIONS AND MEMO REQUIREMENTS

**This case is pending in the Complex Business Litigation division, and must follow the Complex Business Litigation rules. In addition,** it is

**ORDERED** and **ADJUDGED** as follows:

### Short Motions

As a general rule, ten-minute Motion Calendar motions do not require memoranda of law. Copies of motions and any response shall be submitted through CourtMap in accordance with the Court's motion calendar procedures posted on its website.

### Motions Requesting a Special Set Hearing

Hearings must be requested using CourtMap which is available on the judge's webpage. Motions may be scheduled or ruled upon without a hearing, in the court's discretion.

**Content of motions** shall state with particularity the grounds therefore, citing any statute or rule of procedure relied upon; shall set forth the relief sought and shall include the required certification of conferral. The Court will not consider issues at a hearing on the motion that were not addressed in the

motion and memoranda in support of and in opposition to the motion.

## Memoranda Requirements

**These requirements and deadlines may not be waived or altered except by court order.**

**ALL motions, opposition to motions and replies are REQUIRED to be emailed in WORD FORMAT to CBL44DOCS@jud11.flcourts.org**

**Failure to File and Serve Motion Materials:** CBL 4.4   A motion or opposition unaccompanied by a required memorandum may be summarily rejected or denied.   Failure to timely file a memorandum in opposition to a motion may result in the pending motion being considered and decided as an uncontested motion.   **Motion briefing deadlines are court orders.**

| Motion | Memoranda of law | Page limit | Time deadline | |
|---|---|---|---|---|
| Motion filed by movant | As required by CBL rules | 20 | When filing the motion | Memos which are not filed with the motion will be disregarded |
| Opposition to motion | At time of filing opposition, if needed | 20 | 10 days after service of motion as computed in Fla. R. Civ. P. 1.090 | If no response is timely filed, the Court will proceed and may grant the motion as unopposed |
| Reply | If needed, limited to matters raised in the opposition | 10 | 5 days after service of opposition as computed in Fla. R. Civ. P. 1.090 | If no reply is timely filed, the Court will proceed |
| Sur-reply | With Court permission only | | | |

**Motions Decided on Papers and Memoranda:** Motions may be considered and decided by the Court without a hearing. CBL 4.5  **A hearing is at the discretion of the Court.**

### Sealed and Confidential Documents

Sealed or confidential documents should be e-filed pursuant to the instructions on the Clerk's e-filing portal.  In Camera inspections shall be conducted as instructed by the Court.

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this 27th day of April, 2020.



2020-007685-CA-01 04-27-2020 4:46 PM
Hon. William Thomas
**CIRCUIT COURT JUDGE**
Electronically Signed

No Further Judicial Action Required on **THIS MOTION**

CLERK TO **RECLOSE** CASE IF POST JUDGMENT

**Electronically Served:**
Scott Jay Feder, assistantscottjfeder@hotmail.com
Scott Jay Feder, scottj8@aol.com

**Physically Served:**