# EXHIBIT 8

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

**COOPERATIVE RABOBANK U.A.**  CIRCUIT CIVIL DIVISION
**NEW YORK BRANCH et al,**
    Plaintiff(s),
vs.  Case Number: **2020-7685-CA-44**

**EISNERAMPER LLP**
    Defendant(s).
_____/

## NOTICE OF DESIGNATION OF EMAIL ADDRESS

NOTICE OF DESIGNATION OF EMAIL SERVICE ADDRESS OF COMPLEX BUSINESS LITIGATION SECTION pursuant to F.R.Jud.Admin. 2.516

The Eleventh Judicial Circuit, by and through the Court, gives notice that consistent with the Complex Business Litigation Rules, all documents filed in this case are to be served on the CBL section by the filing party at time of filing.

The service email address for this case is:

CBL44@jud11.flcourts.org, **this email address has already been added to the service list in the E-portal system. Therefore, you do NOT have to email filings directly to the above mentioned email address.**

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via electronic mail through the Florida Court's E-Portal System to all counsel/parties of record on this 29th day of April 2020.

                        /s/ Michelle Betancourt
                        Michelle Betancourt
                        Case Manager