# EXHIBIT 9

IN THE CIRCUIT COURT OF THE 11th
JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

CIVIL DIVISION

CASE NO: 2020-007685-CA-01
SECTION: CA 44
JUDGE: William Thomas

COÖPERATIEVE RABOBANK U.A., :
NEW YORK BRANCH, BROWN
BROTHERS HARRIMAN & CO., BANK :
HAPOALIM B.M, MITSUBISHI
INTERNATIONAL CORPORATION, :
ICBC STANDARD BANK PLC,
TECHEMET METAL TRADING, LLC, :
MERCED PARTNERS LIMITED
PARTNERSHIP, ATHILON CAPITAL :
CORP., LLC, and HAIN CAPITAL
INVESTORS MASTER FUND, LTD., :

Plaintiffs, :

v. :

EISNERAMPER LLP, :

Defendant

## VERIFIED MOTION FOR ADMISSION TO APPEAR PRO HAC VICE PURSUANT TO RULE 1-3.11, RULES REGULATING THE FLORIDA BAR AND FLORIDA RULE OF JUDICIAL ADMINISTRATION 2.510

Comes now, Movant Andrew Solomon, and respectfully represents the following:

1. Andrew Solomon, ("Solomon"), resides in Old Westbury, New York. Solomon is not a resident of the State of Florida.

2. Solomon is an attorney and a member of the law firm of Solomon & Cramer LLP, with offices at 1441 Broadway, Suite 6026, New York, New York 10018, telephone (212) 884-9102.

3. Solomon has been retained personally and as a member of the above named law

firm on June 17, 2019 by Cooperatieve Rabobank U.A., New York Branch, Brown Brothers Harriman & Co., Bank Hapoalim B.M., Mitsubishi International Corporation, ICBC Standard Bank PLC, Techemet Metal Trading, LLC, Woodforest National Bank and Hain Capital Investors Master Fund, Ltd., to provide legal representation in connection with the above-styled matter now pending before the above-named court of the State of Florida.

4. Solomon is an active member in good standing and currently eligible to practice law in the following jurisdictions:

New York, Attorney Bar #2758597
New Jersey, Attorney Bar #01001199

5. There are no disciplinary proceedings pending against Solomon.

6. There have been no disciplinary, suspension, disbarment, or contempt proceedings initiated against Solomon in the preceding 5 years.

7. Solomon, either by resignation, withdrawal, or otherwise, never has terminated or attempted to terminate Solomon's office as an attorney in order to avoid administrative, disciplinary, disbarment, or suspension proceedings.

8. Solomon is not disbarred or suspended form practice in any jurisdiction.

9. Solomon is not a Florida resident.

10. Solomon is not an inactive member of The Florida Bar.

11. Solomon is not now a member of The Florida Bar.

12. Solomon is not a suspended member of The Florida Bar.

13. Solomon is not a disbarred member of The Florida Bar nor has Solomon received a disciplinary resignation or disciplinary revocation from The Florida Bar.

14. Solomon has not previously been disciplined or held in contempt by reason of misconduct committed while engaged in representation pursuant to Rule 1-3.11 of the Rules

Regulating the Florida Bar and Florida Rule of Judicial Administration 2.510.

15. Solomon has filed motions to appear as counsel in Florida state courts during the past 5 years in the following matter:

| Date of motion | Case Name | Case Number | Court | Date Motion Granted/Denied |
|---|---|---|---|---|
| 3/22/18 | Cash in Your Case v. Hogan & Hogan, P.A. | 18-CA-2350-O | (9th Jud. Cir. Orange). | granted 5/11/18 |
| 7/18/19 | Cooperative Rabobank UA et al v. Crowe | 2019-018945-CA 44 | (11th Jud. Cir, Miami-Dade) | granted 7/18/19 |

16. Local counsel of record associated with Solomon in this matter is Scott Jay Feder, Esq., who is an active member in good standing of The Florida Bar, Bar #359300, and has offices at 4649 Ponce de Leon Blvd., Suite 402, Coral Gables, Florida 33146; telephone (305) 669-0060.

17. Solomon has read the applicable provisions of Florida Rule of Judicial Administration 2.510 and Rule 1-3.11 and 4-5.5 of the Rules Regulating The Florida Bar and certifies that this verified motion complies with those rules.

18. Solomon agrees to comply with the provisions of the Florida Rules of Professional Conduct and consents to the jurisdiction of the courts and the Bar of the State of Florida.

WHEREFORE, Andrew Solomon respectfully requests permission to appear in this court for this cause only.

DATED this 1st day of May, 2020.

3

Respectfully submitted,

Andrew T. Solomon
Solomon & Cramer LLP
1441 Broadway, Ste. 6026
New York, NY 10018
asolomon@solomoncramer.com
(c) (917) 664-5575
(dd) (646) 518-7822
(main) (212) 884-9102
(f) (516) 368-3896

STATE OF NEW YORK
COUNTY OF NASSAU

I, ANDREW T. SOLOMON, do hereby swear or affirm under penalty of perjury that I am the Movant in the above-styled matter; that I have read the foregoing Motion and know the contents thereof, and the contents are true of my own knowledge and belief.

_____
Andrew Solomon

I hereby consent to be associated as local counsel of record in this cause pursuant to Florida Rule of Judicial Administration 2.510.

DATED this 4th day of May, 2020.

SCOTT JAY FEDER, P.A.
Attorneys for Plaintiff
4649 Ponce de Leon Blvd., Suite 402
Coral Gables, Florida 33146
Telephone: (305) 669-0060
Facsimile: (305) 669-4220
E mail: scottj8@aol.com
assistantscottjfeder@hotmail.com

By: _____
Scott Jay Feder
Florida Bar No. 0359300

CERTIFICATE OF SERVICE

4

I HEREBY CERTIFY that a true and correct copy of the foregoing motion was served by mail to PHV Admissions, The Florida Bar, 651 East Jefferson Street, Tallahassee, Florida 32399-2333, accompanied by payment of the $250.00 filing fee made payable to The Florida Bar, on this ____ day of May, 2020 and will be served on opposing counsel within 10 days of learning the identity of opposing counsel.

/s/ Scott Jay Feder