# EXHIBIT 11

Filing # 107251043 E-Filed 05/08/2020 02:44:07 PM

**IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA**

**CIRCUIT CIVIL DIVISION**

**CASE NO.:** 2020-007685-CA-01
**SECTION:** CA44

**COOPERATIEVE RABOBANK U.A,. NEW YORK BRANCH et al**
Plaintiff(s),

vs.

**EISNERAMPER LLP**
Defendant(s)
_____/

**NOTICE OF SPECIAL SET HEARING**
CMC

YOU ARE HEREBY NOTIFIED that, a Special Set hearing on the above cause is scheduled for **15 min** on **06-03-2020 at 10:30 AM** in Room **1307** at the Miami-Dade County Courthouse, 73 West Flagler Street, Miami Florida 33130.

CERTIFICATE OF SERVICE

A true and correct copy of the above notice was delivered to the parties below on **05-08-2020**.

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Aliean Simpkins, the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2400, Miami, FL 33128, Telephone (305) 349-7175; TDD (305) 349-7174, Fax (305) 349-7355, Email: ADA@jud11.flcourts.org at least seven (7) days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven (7) days; if you are hearing or voice impaired, call 711.**

Copies Furnished to:
Electronically Served

Cbl Section 44 Case Mgr, cbl44@jud11.flcourts.org
Scott Jay Feder, assistantscottjfeder@hotmail.com
Scott Jay Feder, scottj8@aol.com