# EXHIBIT 12

# IN THE CIRCUIT COURT
# OF THE 11TH JUDICIAL CIRCUIT
# IN AND FOR MIAMI-DADE COUNTY, FLORIDA

**Complex Business Litigation Division**

COÖPERATIEVE RABOBANK U.A., NEW YORK BRANCH, BROWN BROTHERS HARRIMAN & CO., BANK HAPOALIM B.M., MITSUBISHI INTERNATIONAL CORPORATION, ICBC STANDARD BANK PLC, TECHEMET METAL TRADING, LLC, WOODFOREST NATIONAL BANK, and HAIN CAPITAL INVESTORS MASTER FUND, LTD.,

    Plaintiffs,

v.

EISNERAMPER LLP,

    Defendant.
_____/

Case No. 2020-007685-CA-44

## NOTICE OF APPEARANCE AND
## DESIGNATION OF EMAIL ADDRESSES

PLEASE TAKE NOTICE that Richard H. Critchlow and Deborah S. Corbishley of Kenny Nachwalter, P.A. hereby enter their Appearance and Designation of Email Addresses in the above-captioned matter as counsel for Defendant EisnerAmper LLP and respectfully request that all pleadings, correspondence, and other papers in connection with this action be sent to them at the following address:

Richard H. Critchlow
Primary e-mail: rhc@knpa.com
Secondary e-mail: rma@knpa.com

Deborah S. Corbishley
Primary e-mail: dsc@knpa.com
Secondary e-mail: mm@knpa.com

KENNY NACHWALTER, P.A.<br>
Four Seasons Tower – Suite 1100<br>
1441 Brickell Avenue<br>
Miami, FL 33131<br>
Telephone: (305) 373-1000<br>
Facsimile: (305) 372-1861

Dated: May 7, 2020

Respectfully submitted,

s/ *Richard H. Critchlow*
Richard H. Critchlow, Esq. (FL Bar No. 155227)
Deborah S. Corbishley, Esq. (FL Bar No. 588229)
KENNY NACHWALTER, P.A.
Four Seasons Tower – Suite 1100
1441 Brickell Avenue
Miami, FL 33131
Telephone: (305) 373-1000
Facsimile: (305) 372-1861
Email: rhc@knpa.com
Email: dsc@knpa.com

*Attorneys for Defendant EisnerAmper LLP*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 7, 2020, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF upon counsel in attached the service list.

s/ *Richard H. Critchlow*
Richard H. Critchlow

*Cooperatieve Rabobank U.A., et al.*
*v. EisnerAmper LLP*
Case No.: 2020-007685 CA-44

**SERVICE LIST**

| | |
|---|---|
| Andrew T. Solomon<br>SOLOMON & CRAMER LLP<br>1441 Broadway, Suite 6026<br>New York, NY 10018<br>Telephone: (212) 884-9102<br>Facsimile: (516) 368-3896<br>asolomon@solomoncramer.com<br><br>Scott Jay Feder, P.A.<br>4649 Ponce de Leon Boulevard<br>Suite 402<br>Coral Gables, FL 33146<br>Telephone: (305) 669-0060<br>Facsimile: (305) 669-4220<br>Scottj8@aol.com<br><br>*Attorneys for Plaintiffs* | Richard H. Critchlow, Esq. (FL Bar No. 155227)<br>Deborah S. Corbishley, Esq. (FL Bar No. 588229)<br>KENNY NACHWALTER, P.A.<br>Four Seasons Tower – Suite 1100<br>1441 Brickell Avenue<br>Miami, FL 33131<br>Telephone: (305) 373-1000<br>Facsimile: (305) 372-1861<br>rhc@knpa.com<br>dsc@knpa.com<br><br>*Attorneys for Defendant EisnerAmper LLP* |