UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-22009-Civ-COOKE/GOODMAN

COOPERATIEVE RABOBANK U.A.,
NEW YORK BRANCH, *et al.*,

    Plaintiffs,

vs.

EISNERAMPER LLP,

    Defendant.

_____/

### ORDER GRANTING UNOPPOSED MOTION TO TRANSFER VENUE

THIS MATTER comes before the Court on the Defendant's Motion to Transfer Venue to the United States District Court for the Southern District of New York (the "Motion") (ECF No. 6). Plaintiffs do not oppose the Motion, and the Parties have filed a stipulation agreeing that this matter shall be transferred to the Southern District of New York pursuant to 28 U.S.C. § 1404(a). ECF No. 7. Having reviewed the Motion, the stipulation, and the relevant authorities, the Court **GRANTS** the Motion to Transfer Venue to the United States District Court for the Southern District of New York (ECF No. 6). The Clerk shall **TRANSFER** this matter to the Southern District of New York and **CLOSE** this case.

**DONE and ORDERED** in chambers, Miami, Florida, this 27th day of May 2020.

MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of record*