# U.S. Bankruptcy Court
# Southern District of New York (Manhattan)
### Adversary Proceeding #: 20-01092-shl

*Assigned to:* Judge Sean H. Lane  
*Lead BK Case:* 18-13359  
*Lead BK Title:* Miami Metals I, Inc., et al.  
*Lead BK Chapter:* 11  
*Demand:*  

*Date Filed:* 05/27/20  
*Date Removed From State:* 05/27/20  

*Nature[s] of Suit:*  02 Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy)

---

*Plaintiff*
-----------------------
**Cooperatieve Rabobank U.A., New York Branch**

represented by **Scott Jay Feder**  
4649 Ponce De Leon Boulevard  
Coral Gables, FL 33146  
(305) 669-0060  
Fax : (305) 699-4220  
Email: assistantscottjfeder@hotmail.com  
*LEAD ATTORNEY*

**Andrew T. Solomon**  
Solomon & Cramer LLP  
25 West 39th Street  
Ste 7th Floor  
New York, NY 10018  
212-884-9102  
Fax : 516-368-3896  
Email: asolomon@solomoncramer.com

*Plaintiff*
-----------------------
**Brown Brothers Harriman & Co.**

represented by **Scott Jay Feder**  
(See above for address)  
*LEAD ATTORNEY*

**Andrew T. Solomon**  
(See above for address)

*Plaintiff*
-----------------------
**Bank Hapoalim B.M.**

represented by **Scott Jay Feder**  
(See above for address)  
*LEAD ATTORNEY*

**Andrew T. Solomon**  
(See above for address)

*Plaintiff*
-----------------------
**Mitsubishi International Corporation**

represented by **Scott Jay Feder**  
(See above for address)  
*LEAD ATTORNEY*

**Andrew T. Solomon**  
(See above for address)

*Plaintiff*
-----------------------
**ICBC Standard Bank PLC**

represented by **Scott Jay Feder**  
(See above for address)  
*LEAD ATTORNEY*

**Andrew T. Solomon**  
(See above for address)

*Plaintiff*
-----------------------
**Techemet Metal Trading, LLC**

represented by **Scott Jay Feder**  
(See above for address)  
*LEAD ATTORNEY*

*Plaintiff*
-----------------------
**Merced Partners Ltd Partnership**                          represented by **Scott Jay Feder**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*

                                                             **Andrew T. Solomon**
                                                             (See above for address)

*Plaintiff*
-----------------------
**Athilon Capital Corp. LLC**                                represented by **Scott Jay Feder**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*

                                                             **Andrew T. Solomon**
                                                             (See above for address)

*Plaintiff*
-----------------------
**Hain Capital Investors Master Fund, Ltd.**                 represented by **Scott Jay Feder**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*

                                                             **Andrew T. Solomon**
                                                             (See above for address)

V.

*Defendant*
-----------------------
**EisnerAmper LLP**                                          represented by **Linda T Coberly**
                                                             Winston & Strawn LLP
                                                             35 W Wacker Drive
                                                             Chicago, IL 60601
                                                             312-558-8768
                                                             Email: lcoberly@winston.com

                                                             **Richard H. Critchlow**
                                                             Four Seasons Tower
                                                             1144 Brickell Avenue
                                                             Miami, FL 33131
                                                             305-373-1000
                                                             Fax : 305-372-1861
                                                             Email: rcritchlow@knpa.com
                                                             *LEAD ATTORNEY*

                                                             **Deborah Sampieri Corbishley**
                                                             Four Seasons Tower - Suite 1100
                                                             1441 Brickell Avenue
                                                             Miami, FL 33131
                                                             305-373-1000
                                                             Fax : 305-372-1861
                                                             Email: dcorbishley@kennynachwalter.com
                                                             *LEAD ATTORNEY*

| Filing Date | # | Docket Text |
|---|---|---|
| 05/27/2020 | 1 (133 pgs; 8 docs) | Adversary case 20-01092. Copy of Certified Order Transferring Case No. *1:20-cv-4071 (RA)* from the U.S. District Court, S.D.N.Y. to the U.S. Bankruptcy Court, S.D.N.Y. (Receipt Number 12883807, Fee Amount $ 350.). Nature(s) of Suit: (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))) Filed by Scott Jay Feder on behalf of Cooperatieve Rabobank U.A., New York Branch, Brown Brothers Harriman & Co., Bank Hapoalim B.M., Mitsubishi International Corporation, ICBC Standard Bank PLC, Techemet Metal Trading, LLC, Merced Partners Ltd Partnership, Athilon Capital Corp. LLC, Hain Capital Investors Master Fund, Ltd.. (Attachments: # 1 Doc 3 Notice of Appearance # 2 Doc 4 Unopposed Motion # 3 Doc 6 Motion to Transfer # 4 Doc 7 Stipulation # 5 Doc 9 Transfer to SDNY # 6 Doc 10 Transfer from SDNY to USBC # 7 SDNY Docket Sheet) (Pisarczyk, Gladys) (Entered: 05/27/2020) |

| Date | Doc | Description |
|---|---|---|
| 05/27/2020 | 2 (3 pg) | Notice of Appearance filed by Andrew T. Solomon on behalf of Athilon Capital Corp. LLC, Bank Hapoalim B.M., Brown Brothers Harriman & Co., Cooperatieve Rabobank U.A., New York Branch, Hain Capital Investors Master Fund, Ltd., ICBC Standard Bank PLC, Merced Partners Ltd Partnership, Mitsubishi International Corporation, Techemet Metal Trading, LLC. (Solomon, Andrew) (Entered: 05/27/2020) |
| 05/28/2020 | 3 (2 pgs) | Letter *Request for a Telephone Conference* Filed by Andrew T. Solomon on behalf of Athilon Capital Corp. LLC, Bank Hapoalim B.M., Brown Brothers Harriman & Co., Cooperatieve Rabobank U.A., New York Branch, Hain Capital Investors Master Fund, Ltd., ICBC Standard Bank PLC, Merced Partners Ltd Partnership, Mitsubishi International Corporation, Techemet Metal Trading, LLC. (Solomon, Andrew) (Entered: 05/28/2020) |
| 05/29/2020 | 4 (1 pg) | Notice of Pre-Trial Conference for a Removed Case with Pre-Trial Conference set for 7/1/2020 at 10:00 AM at Courtroom 701 (SHL), (Porter, Minnie) (Entered: 05/29/2020) |
| 06/03/2020 | 5 (2 pgs) | Memorandum Endorsed Order Signed On 6/3/2020, Scheduling Telephonic Conference on June 5, 2020 at 10:30 a.m. (related document(s)3) (Ebanks, Liza) (Entered: 06/03/2020) |
| 06/04/2020 | 6 | **(Incorrect Event Code Selected. See Document #7 For The Correct Entry)** Notice of Appearance in Adversary Proceeding filed by Linda T Coberly on behalf of EisnerAmper LLP. (Attachments: # 1 Proposed Order)(Coberly, Linda) Modified on 6/5/2020 (Richards, Beverly). (Entered: 06/04/2020) |
| 06/04/2020 | 7 (2 pgs; 2 docs) | Application for Pro Hac Vice Admission filed by Linda T Coberly on behalf of EisnerAmper LLP. (Attachments: # 1 Proposed Order) (Coberly, Linda) (Entered: 06/04/2020) |
| 06/04/2020 | | Receipt of Application for Pro Hac Vice Admission( 20-01092-shl) [motion,122] ( 200.00) Filing Fee. Receipt number A14036692. Fee amount 200.00. (Re: Doc # 7) (U.S. Treasury) (Entered: 06/04/2020) |
| 06/05/2020 | 8 (1 pg) | Order Signed On 6/5/2020, Granting Application For Pro Hac Vice Re: Linda T. Coberly. (Related Doc # 7) (Ebanks, Liza) (Entered: 06/05/2020) |
| 03/07/2021 | 9 (2 pgs) | Letter *Seeking Leave to Commence Fact Discovery* Filed by Andrew T. Solomon on behalf of Athilon Capital Corp. LLC, Bank Hapoalim B.M., Brown Brothers Harriman & Co., Cooperatieve Rabobank U.A., New York Branch, Hain Capital Investors Master Fund, Ltd., ICBC Standard Bank PLC, Merced Partners Ltd Partnership, Mitsubishi International Corporation, Techemet Metal Trading, LLC. (Solomon, Andrew) (Entered: 03/07/2021) |
| 03/12/2021 | 10 (3 pgs) | Letter *in Response to Plaintiffs' Letter dated March 7, 2021 Seeking Leave to Commence Fact Discovery,* (related document(s)9) Filed by Linda T Coberly on behalf of EisnerAmper LLP. (Coberly, Linda) (Entered: 03/12/2021) |
| 04/28/2021 | 11 (3 pgs) | So Ordered Stipulation For Abstention And Remand Signed On 4/28/2021 (Ebanks, Liza) (Entered: 04/28/2021) |